5 So.2d 842
**Lorenza D. (alias Lowe) ALLEN v. STATE.**
4 Div. 696.

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 165
**Orell (alias O. L.) ANDREWS v. STATE.**
4 Div. 755.

Court of Appeals of Alabama.
Nov. 10, 1942.

W. G. Hardwick, of Dothan, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 222
**Webster ARNHARDT v. CITY OF TUS-
CALOOSA.**
6 Div. 847.

Court of Appeals of Alabama.
April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

4 So.2d 921
**Rufus ASHLEY v. STATE.**
8 Div. 188.

Court of Appeals of Alabama.
Oct. 28, 1941.

W. L. Chenault, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

3 So.2d 916
**Walter BAILEY v. STATE.**
7 Div. 583.

Court of Appeals of Alabama.
June 10, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.